

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00375-CR

## EX PARTE DOUGLAS RAY EVANS

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2017-1876-C1

## MEMORANDUM OPINION

A document, specifically addressed to this Court and entitled, "Rebuttal of State Finding of Fact and Conclusions of Law," was received from Douglas Ray Evans on November 20, 2023. This document was interpreted and filed by this Court on November 21, 2023, as a notice of appeal.

By letter dated November 28, 2023, the Clerk of this Court notified Evans that his appeal was subject to dismissal because there was no final, appealable judgment or order from which to appeal. *See* TEX. R. APP. P. 26.2(a). Specifically, the Clerk informed Evans that findings of fact and conclusions of law were not separately appealable. In the same letter, the Clerk warned Evans that the appeal would be dismissed unless, within 21 days from the date of the letter, Evans responded and explained what he attempted to appeal

and how the Court had jurisdiction of the appeal. Evans timely responded and informed the Court that the document was intended to be sent to the 19th District Court in McLennan County, Texas, not this Court.

Accordingly, based on Evans' representation, we dismiss this appeal and return the original document to Evans. The Court has maintained a copy of the document in Court's TAMES filing system under this appellate case number.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed January 4, 2024
Do not publish
[OT06]

